**Debbie RICHARDSON and John E. Maher, Appellants**

**v.**

**CUSTOM CORPORATES, INC. and Theresa Woods, Appellees.**

**No. 01–08–00215–CV.**

Court of Appeals of Texas, Houston (1st Dist.).

Aug. 25, 2008.

John C. Juravich, Erdos & Juravich, L.L.P., Sugar Land, TX, John Edward Maher, Houston, TX, for Appellants.

George A. Kurisky Jr., Mark A. Bankston, Johnson, DeLuca, Kennedy & Kurisky, P.C., Houston, TX, for Appellees.

Panel consists of Justices JENNINGS, KEYES, and BLAND.

**OPINION ON REHEARING**

PER CURIAM.

Appellants Debbie Richardson and John E. Maher have responded to appellee Custom Corporates, Inc.'s motion to dismiss for want of prosecution. Treating the response also as a motion for rehearing, we

**GRANT** rehearing. Appellants have paid outstanding fees, filed their docketing statement, and shown cause for delay. Accordingly, we **VACATE** our August 15, 2008 opinion dismissing the appeal and reinstate the appeal on the court's docket.